#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

### SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## **Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## **Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. |
| Defendant 14 | DYNAX CORPORATION |
| Defendant 15 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | NATIONAL FOAM, INC. |
| Defendant 17 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | TYCO FIRE PRODUCTS L.P. |
| Defendant 20 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |
| Defendant 21 | |
| Defendant 22 | |
| Defendant 23 | |
| Defendant 24 | |

| | |
|---|---|
| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    ☐        Diversity

    ☐        Federal Question

    ☒        The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐        Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
    - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer

       Thyroid Disease
       Ulcerative Colitis
       Liver Cancer
       Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

       Count I – Defective Design
       Count II – Failure to Warn
       Count III – Negligence
       Count IV – Negligence Per Se
       Count V – Trespass and Battery
       Count VI – Strict Product Liability
       Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
       Count VIII – Concealment, Misrepresentation, and Fraud
       Count IX – Conspiracy
       Count X – Wrongful Death
       Count XI – Loss of Consortium

       Other Causes of Action:
       Count XII – Negligent, Intentional, and Reckless Infliction of Emotional Distress
       Count XIII – _____
       Count XIV – _____
       Count XV – _____
       Count XVI – _____
       Count XVII – _____
       Count XVIII – _____
       Count XIX – _____
       Count XX – _____
       Others
       _____

**Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: September 3, 2025

                                                                                                       Respectfully Submitted,

                                                                                                       */s/ Devin Bolton*
                                                                                                        Devin Bolton
                                                                                                        WEITZ & LUXENBERG, PC
                                                                                                         1880 Century Park E, STE 700
                                                                                                        Los Angeles, CA 90067
                                                                                                        Tel: (212) 558-5552
                                                                                                        dbolton@weitzlux.com

                                                                                  *Attorney for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Adams, Helen o/b/o Adams, Michael | 11/15/1942 | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 2. | Adams, Helen | | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | No | No | Loss of Consortium | XI |
| 3. | Allen, Monzelle o/b/o Allen, Kenneth | 6/14/1950 | Texas | Southern District of Texas: Galveston Division (S.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 4. | Allen, Monzelle | | Texas | Southern District of Texas: Galveston Division (S.D. Tex.) | No | No | No | Loss of Consortium | XI |
| 5. | Allstatter, Brandie o/b/o Allstatter, Jeffery | 6/9/1974 | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 6. | Allstatter, Brandie | | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | No | No | Loss of Consortium | XI |
| 7. | Anderson, Paige o/b/o Anderson, Jeffrey | 8/21/1973 | Georgia | Southern District of Georgia: Augusta Division (S.D. Ga.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 8. | Anderson, Paige | | Georgia | Southern District of Georgia: Augusta Division (S.D. Ga.) | No | No | No | Loss of Consortium | XI |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 9. | Anthony, Patricia o/b/o Anthony, Billy | 3/30/1956 | Louisiana | Western District of Louisiana (W.D. La.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 10. | Anthony, Patricia | | Louisiana | Western District of Louisiana (W.D. La.) | No | No | No | Loss of Consortium | XI |
| 11. | Applegate, Linda o/b/o Applegate, Dennis | 8/16/1954 | Indiana | Southern District of Indiana: Evansville Division (S.D. Ind.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 12. | Applegate, Linda | | Indiana | Southern District of Indiana: Evansville Division (S.D. Ind.) | No | No | No | Loss of Consortium | XI |
| 13. | Bailey, Keena o/b/o Bailey, Tracy | 1/3/1969 | Indiana | Northern District of Indiana: South Bend Division (N.D. Ind.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 14. | Bailey, Keena | | Indiana | Northern District of Indiana: South Bend Division (N.D. Ind.) | No | No | No | Loss of Consortium | XI |
| 15. | Baker, Judy o/b/o Baker II, Bruce | 10/28/1965 | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 16. | Baker, Judy | | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | No | No | Loss of Consortium | XI |
| 17. | Bambarger, Lola o/b/o Bambarger, Sr., Donald | 9/10/1941 | Pennsylvania | Western District of Pennsylvania (W.D. Pa.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 18. | Bambarger, Lola | | Pennsylvania | Western District of Pennsylvania (W.D. Pa.) | No | No | No | Loss of Consortium | XI |
| 19. | Barber Jr, James o/b/o Barber, Barbara | 4/27/1959 | North Carolina | Western District of North Carolina: Charlotte Division (W.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 20. | Barber Jr, James | | North Carolina | Western District of North Carolina: Charlotte Division (W.D.N.C.) | No | No | No | Loss of Consortium | XI |
| 21. | Becker, Nancy o/b/o Becker, Greggory | 5/26/1956 | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 22. | Becker, Nancy | | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | No | No | Loss of Consortium | XI |
| 23. | Bello, Waheed o/b/o Martin, Stella | 3/29/1980 | New Jersey | New Jersey: Newark Division (D.N.J.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 24. | Bello, Waheed | | New Jersey | New Jersey: Newark Division (D.N.J.) | No | No | No | Loss of Consortium | XI |
| 25. | Bertollo, Nancie o/b/o Bertollo, Paul | 6/20/1935 | Delaware | Delaware (D. Del.) | No | Yes | No | Kidney Cancer, Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 26. | Bertollo, Nancie | | Delaware | Delaware (D. Del.) | No | No | No | Loss of Consortium | XI |
| 27. | Biller, Deborah o/b/o Biller, Bryan | 1/5/1964 | Oregon | Oregon: Portland Division (D. Ore.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 28. | Biller, Deborah | | Oregon | Oregon: Portland Division (D. Ore.) | No | No | No | Loss of Consortium | XI |
| 29. | Black, Tawnda o/b/o Black, Howard | 11/22/1952 | West Virginia | Southern District of West Virginia: Charleston Division (S.D. W.Va.) | No | Yes | No | Liver Cancer, Other | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 30. | Black, Tawnda | | West Virginia | Southern District of West Virginia: Charleston Division (S.D. W.Va.) | No | No | No | Loss of Consortium | XI |
| 31. | Blakely-Sullivan, Lottie o/b/o Sullivan, Henry | 10/27/1968 | Missouri | Western District of Missouri: Jefferson City Division (W.D. Mo.) | No | Yes | No | Kidney Cancer, Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 32. | Blakely-Sullivan, Lottie | | Missouri | Western District of Missouri: Jefferson City Division (W.D. Mo.) | No | No | No | Loss of Consortium | XI |
| 33. | Bocook, Lisa o/b/o Bocook, Kevin | 10/29/1959 | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | Yes | No | Testicular Cancer, Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 34. | Bocook, Lisa | | Ohio | Southern District of Ohio: Western Division (S.D. Ohio) | No | No | No | Loss of Consortium | XI |
| 35. | Bonta, Mary o/b/o Bonta, Gordon | 8/16/1955 | North Carolina | Eastern District of North Carolina: Western Division (E.D.N.C.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 36. | Bonta, Mary | | North Carolina | Eastern District of North Carolina: Western Division (E.D.N.C.) | No | No | No | Loss of Consortium | XI |
| 37. | Bowen, Elizabeth o/b/o Bowen, Gary | 5/13/1946 | Florida | Middle District of Florida: Orlando Division (M.D. Fla.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 38. | Bowen, Elizabeth | | Florida | Middle District of Florida: Orlando Division (M.D. Fla.) | No | No | No | Loss of Consortium | XI |
| 39. | Branges, Dianne o/b/o Branges, Warren | 9/26/1947 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Kidney Cancer, Liver Cancer, Other | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 40. | Branges, Dianne | | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 41. | Brown, Edward o/b/o Brown, Kathrine | 3/4/1955 | Florida | Middle District of Florida: Tampa Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 42. | Brown, Edward | | Florida | Middle District of Florida: Tampa Division (M.D. Fla.) | No | No | No | Loss of Consortium | XI |
| 43. | Bush, Sage o/b/o Cogar, Stoney | 1/18/1973 | West Virginia | Northern District of West Virginia: Elkins Division (N.D. W.Va.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 44. | Bush, Sage | | West Virginia | Northern District of West Virginia: Elkins Division (N.D. W.Va.) | No | No | No | Loss of Consortium | XI |
| 45. | Campagna, Deanna o/b/o Campagna, Edward | 6/28/1956 | California | Central District of California: Eastern Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 46. | Campagna, Deanna | | California | Central District of California: Eastern Division (C.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 47. | Cantrell, Sheryl o/b/o Cantrell, Junior | 9/1/1959 | Georgia | Northern District of Georgia: Rome Division (N.D. Ga.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 48. | Cantrell, Sheryl | | Georgia | Northern District of Georgia: Rome Division (N.D. Ga.) | No | No | No | Loss of Consortium | XI |
| 49. | Cecile, Jennifer o/b/o Cecile, Scott | 10/29/1977 | North Carolina | Middle District of North Carolina: Salisbury Division (M.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 50. | Cecile, Jennifer | | North Carolina | Middle District of North Carolina: Salisbury Division (M.D.N.C.) | No | No | No | Loss of Consortium | XI |
| 51. | Cheatwood, Woodrow o/b/o Cheatwood, Mary Helen | 11/27/1950 | Alabama | Northern District of Alabama: Eastern Division (N.D. Ala.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | Cheatwood, Woodrow | | Alabama | Northern District of Alabama: Eastern Division (N.D. Ala.) | No | No | No | Loss of Consortium | XI |
| 53. | Cody, Michael o/b/o Cody, Erin | 8/4/1957 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 54. | Cody, Michael | | California | Central District of California: Western Division (C.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 55. | Collier, Shalauna o/b/o Collier, Vernon | 6/28/1963 | Alabama | Northern District of Alabama: Northeastern Division (N.D. Ala.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 56. | Collier, Shalauna | | Alabama | Northern District of Alabama: Northeastern Division (N.D. Ala.) | No | No | No | Loss of Consortium | XI |
| 57. | Cross, Charles o/b/o Cross, Jennifer | 11/21/1969 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Kidney Cancer, Liver Cancer, Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 58. | Cross, Charles | | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | No | No | Loss of Consortium | XI |
| 59. | Crowley, Angela o/b/o Crowley, Scott | 10/22/1962 | South Carolina | South Carolina: Greenville Division (D.S.C.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 60. | Crowley, Angela | | South Carolina | South Carolina: Greenville Division (D.S.C.) | No | No | No | Loss of Consortium | XI |
| 61. | Davis, Carolyn o/b/o Daniels Jr, Foster | 8/5/1965 | North Carolina | Eastern District of North Carolina: Southern Division (E.D.N.C.) | No | Yes | No | Kidney Cancer, Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 62. | Davis, Carolyn | | North Carolina | Eastern District of North Carolina: Southern Division (E.D.N.C.) | No | No | No | Loss of Consortium | XI |
| 63. | Davis, Helen o/b/o Dooley, Mark | 8/17/1960 | Tennessee | Middle District of Tennessee: Nashville Division (M.D. Tenn.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 64. | Davis, Helen | | Tennessee | Middle District of Tennessee: Nashville Division (M.D. Tenn.) | No | No | No | Loss of Consortium | XI |
| 65. | Davis, Lisa o/b/o Davis, Eddie | 11/4/1958 | Georgia | Northern District of Georgia: Rome Division (N.D. Ga.) | No | Yes | No | Kidney Cancer, Liver Cancer, Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 66. | Davis, Lisa | | Georgia | Northern District of Georgia: Rome Division (N.D. Ga.) | No | No | No | Loss of Consortium | XI |
| 67. | Davis, Robin o/b/o Davis, Stephen | 3/30/1963 | Iowa | Southern District of Iowa: Eastern Division (S.D. Iowa) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 68. | Davis, Robin | | Iowa | Southern District of Iowa: Eastern Division (S.D. Iowa) | No | No | No | Loss of Consortium | XI |
| 69. | DeAndrea, Francis o/b/o DeAndrea, Janet | 9/10/1949 | Pennsylvania | Middle District of Pennsylvania (M.D. Pa.) | No | Yes | No | Kidney Cancer, Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 70. | DeAndrea, Francis | | Pennsylvania | Middle District of Pennsylvania (M.D. Pa.) | No | No | No | Loss of Consortium | XI |
| 71. | DeDufour, Barbara o/b/o DeDufour, Gregory | 12/23/1958 | New York | Southern District of New York (S.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 72. | DeDufour, Barbara | | New York | Southern District of New York (S.D.N.Y.) | No | No | No | Loss of Consortium | XI |
| 73. | Dixon, Corrine o/b/o Dixon, Robert | 10/8/1945 | Florida | Middle District of Florida: Ocala Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 74. | Dixon, Corrine | | Florida | Middle District of Florida: Ocala Division (M.D. Fla.) | No | No | No | Loss of Consortium | XI |
| 75. | England, Corliss o/b/o Harvey, Marvin | 1/3/1942 | North Carolina | Western District of North Carolina: Charlotte Division (W.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 76. | England, Corliss | | North Carolina | Western District of North Carolina: Charlotte Division (W.D.N.C.) | No | No | No | Loss of Consortium | XI |
| 77. | Estrada, Anthony o/b/o Estrada, Cynthia | 7/9/1970 | Nevada | Nevada (D. Nev.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 78. | Estrada, Anthony | | Nevada | Nevada (D. Nev.) | No | No | No | Loss of Consortium | XI |
| 79. | Farmer, Jamie o/b/o Ledbetter, Daniel | | Tennessee | Eastern District of Tennessee: Northern Division (E.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 80. | Farmer, Jamie | | Tennessee | Eastern District of Tennessee: Northern Division (E.D. Tenn.) | No | No | No | Loss of Consortium | XI |
| 81. | Feltner, Joyce o/b/o Feltner, Anthony | 9/24/1950 | Kentucky | Eastern District of Kentucky: Lexington Division (E.D. Ky.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 82. | Feltner, Joyce | | Kentucky | Eastern District of Kentucky: Lexington Division (E.D. Ky.) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 83. | Fillman, Yvonne o/b/o Fillman, Kenneth | 5/15/1948 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 84. | Fillman, Yvonne | | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | No | No | Loss of Consortium | XI |
| 85. | Finkelman, Iris o/b/o Finkelman, Perry | 8/16/1958 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 86. | Finkelman, Iris | | New York | Eastern District of New York (E.D.N.Y.) | No | No | No | Loss of Consortium | XI |
| 87. | Fisher, Lisa o/b/o Fisher, John | 4/2/1962 | Florida | Middle District of Florida: Jacksonville Division (M.D. Fla.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 88. | Fisher, Lisa | | Florida | Middle District of Florida: Jacksonville Division (M.D. Fla.) | No | No | No | Loss of Consortium | XI |
| 89. | Fisher, Susan o/b/o Fisher II, George Martin | 7/21/1952 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 90. | Fisher, Susan | | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 91. | Floriano, Paula o/b/o Floriano, Paulo | 1/25/1963 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 92. | Floriano, Paula | | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 93. | Foley Sr, Charles o/b/o Foley, Therese | 4/10/1958 | Michigan | Western District of Michigan (W.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 94. | Foley Sr, Charles | | Michigan | Western District of Michigan (W.D. Mich.) | No | No | No | Loss of Consortium | XI |
| 95. | Foley, Donna o/b/o Foley, Thomas | 11/14/1939 | Massachusetts | Massachusetts (D. Mass.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 96. | Foley, Donna | | Massachusetts | Massachusetts (D. Mass.) | No | No | No | Loss of Consortium | XI |
| 97. | Fowler, Maureen o/b/o Morin, Daniel | | New Hampshire | New Hampshire (D.N.H.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 98. | Fowler, Maureen | | New Hampshire | New Hampshire (D.N.H.) | No | No | No | Loss of Consortium | XI |
| 99. | Frew, Diana o/b/o Frew, David | 9/21/1956 | Tennessee | Eastern District of Tennessee: Northern Division (E.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 100. | Frew, Diana | | Tennessee | Eastern District of Tennessee: Northern Division (E.D. Tenn.) | No | No | No | Loss of Consortium | XI |
| 101. | Friedman, Cynthia o/b/o Friedman, Steven | 5/28/1958 | New York | Western District of New York (W.D.N.Y.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 102. | Friedman, Cynthia | | New York | Western District of New York (W.D.N.Y.) | No | No | No | Loss of Consortium | XI |
| 103. | Fugate, Dawn o/b/o Fugate, Thomas R. | 2/1/1966 | Kentucky | Eastern District of Kentucky: Lexington Division (E.D. Ky.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 104. | Fugate, Dawn | | Kentucky | Eastern District of Kentucky: Lexington Division (E.D. Ky.) | No | No | No | Loss of Consortium | XI |
| 105. | Galvan, Roxanne o/b/o Galvan, Wilfred | 8/13/1952 | California | Northern District of California: | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"2* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 106. | Galvan, Roxanne | | California | Northern District of California: Oakland Division (N.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 107. | Garcia, John o/b/o Garcia, Marylee | 11/19/1954 | Texas | Northern District of Texas: Fort Worth Division (N.D. Tex.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 108. | Garcia, John | | Texas | Northern District of Texas: Fort Worth Division (N.D. Tex.) | No | No | No | Loss of Consortium | XI |
| 109. | Garrison, Bonda o/b/o Garrison III, Theodore | 5/22/1946 | Florida | Middle District of Florida: Orlando Division (M.D. Fla.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 110. | Garrison, Bonda | | Florida | Middle District of Florida: Orlando Division (M.D. Fla.) | No | No | No | Loss of Consortium | XI |
| 111. | Garvey, Douglas o/b/o Garvey, Nancy | 4/25/1950 | Colorado | Colorado: Colorado Springs Division (D. Colo.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 112. | Garvey, Douglas | | Colorado | Colorado: Colorado Springs Division (D. Colo.) | No | No | No | Loss of Consortium | XI |
| 113. | Gates, Barbara o/b/o Gates, Robert | 9/26/1961 | Tennessee | Eastern District of Tennessee: Winchester Division (E.D. Tenn.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 114. | Gates, Barbara | | Tennessee | Eastern District of Tennessee: Winchester Division (E.D. Tenn.) | No | No | No | Loss of Consortium | XI |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 115. | Gavaghan, Beatriz o/b/o Gavaghan, Thomas F. | 11/22/1929 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 116. | Gavaghan, Beatriz | | Connecticut | Connecticut (D. Conn.) | No | No | No | Loss of Consortium | XI |
| 117. | Goertzen, Dewayne o/b/o Goertzen, Ellen | 10/9/1938 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 118. | Goertzen, Dewayne | | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | No | No | Loss of Consortium | XI |
| 119. | Goins, Ronnie o/b/o Goins, Dottie | 2/23/1948 | Illinois | Northern District of Illinois: Eastern Division (N.D. Ill.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 120. | Goins, Ronnie | | Illinois | Northern District of Illinois: Eastern Division (N.D. Ill.) | No | No | No | Loss of Consortium | XI |
| 121. | Granado, Sandra o/b/o Granado, Erineo | 12/2/1959 | Texas | Southern District of Texas: Brownsville Division (S.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 122. | Granado, Sandra | | Texas | Southern District of Texas: Brownsville Division (S.D. Tex.) | No | No | No | Loss of Consortium | XI |
| 123. | Griffin, Exie o/b/o Griffin, Jerome | 6/26/1946 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, X, XII |
| 124. | Griffin, Exie | | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | No | No | Loss of Consortium | XI |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |